

**FILED**
9/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID ETHERIDGE | Case No. 25-CR-00603<br>Judge Jeremy C. Daniel<br>Magistrate Judge Daniel P. McLaughlin<br>RANDOM/ CAT. 4<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about June 3, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

DAVID ETHERIDGE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Mossberg, Model 500AB, 12 Guage Shotgun, bearing serial number C11555, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL JUNE 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, Mossberg, Model 500AB, 12 Guage Shotgun, bearing serial number C11555, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY

2